# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Haiber Montehermoso,

    Plaintiff(s),

vs.

NC Department of Correction et al,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv592

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/23/08 Order.

Signed: December 23, 2008

Frank G. Johns, Clerk
United States District Court